UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-09682-AH-(PDx) | Date | January 21, 2026 |
|---|---|---|---|

Title    *Mouses Chmbdyon v. Armenian Government*

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 29, 2025, this Court issued an Order to Show Cause for lack of proper service (the "Order"). Dkt. No. 17. Specifically, the Court found that Plaintiff's Notice and Acknowledgment of Service, Dkt. No. 16, was deficient because it did not comply with 28 U.S.C. § 1608(a). Dkt. No. 17 at 1.

The Court ordered Plaintiff to show cause why this action should not be dismissed, providing that an appropriate response would be "[a] renewed Proof of Service setting forth compliance with 28 U.S.C. § 1608(a)." *Id.* Plaintiff responded to the Order on January 9, 2026 by filing a new proof of service, this time providing additional information showing that the prior mailing had been delivered. Dkt. No. 18. However, this proof of service does not address why mailing a summons and complaint by USPS complies with the applicable rules, as explained in the Order.

Accordingly, Plaintiff is **ORDERED** to show cause, in writing, within **ten (10) days** of entry of this order, why this action should not be dismissed for lack of prosecution. Failure to do so will result in the dismissal of this action without prejudice. In their response, Plaintiff shall explain why the currently filed proof of service, Dkt. No. 18, is sufficient, or otherwise properly serve Defendant and file a

renewed proof of service.

**IT IS SO ORDERED.**